

## NUMBER 13-19-00064-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

## IN RE THE SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Benavides, Longoria, and Hinojosa
### Order Per Curiam

Relator, The Society of Our Lady of the Most Holy Trinity, filed a petition for writ of mandamus in the above cause on February 8, 2019. Through this original proceeding, relator seeks to compel the trial court to vacate its orders of November 27, 2018 and December 12, 2018 and to allow the independent medical examination of the real party in interest, Jane Doe, to go forward without the use of a recording device.

The Court requests Doe, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* Tex. R. Civ. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of February, 2019.